# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

FREDERICK LIM JOHNSON,
TAVARAS LEE BLACKMON, and
VANESSA ANNE SHORT



CR 08    0251

DEFENDANT.

---

## INDICTMENT

Title 18, U.S.C. § 371 - Conspiracy to Commit Bank Robbery
Title 18, U.S.C. § 2113(a) and (d) - Armed Bank Robbery
Title 18, U.S.C. § 2 - Aiding and Abetting

---

INDICT

A true bill.

_____
Foreman

Filed in open court this ___17___ day of April 2008

_____
Clerk

No bail warrant all defendants

_____, Bail, $_____



AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Bank Robbery;
Counts 2-9: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  See Penalty Sheet Attachment.

**DEFENDANT - U.S**

▶ FREDERICK LIM JOHNSON

DISTRICT COURT NUMBER

CR 08 0251 WHA

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☒ On another conviction    } ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed _____
been filed?   ☒ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## *PENALTY SHEET ATTACHMENT*

### As to Defendant Frederick Lim Johnson:

**Count 1:** 18 U.S.C. § 371 - Conspiracy to Commit Bank Robbery, **Class D Felony**
Maximum Term of Imprisonment           Five Years
Maximum Fine                           $250,000
Maximum Term of Supervised Release     Three Years
Mandatory Special Assessment           $100

**Counts 2-9:** 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery, **Class B Felony**
As to each count:
Maximum Term of Imprisonment           Life
Mandatory Minimum Term of Imprisonment Life
 - 18 U.S.C.§ 3559(c)(1)(A)(i) - if two or more serious violent felonies
Maximum Fine                           $250,000
Maximum Term of Supervised Release     Three Years
Mandatory Special Assessment           $100

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Bank Robbery;
Counts 2, 3, 5, 7, 8, and 9: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Penalty Sheet Att[redacted]

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S.**
▶ TAVARAS LEE BLACKMON

DISTRICT COURT NUMBER
CR 08 - 0251

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction    ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## *PENALTY SHEET ATTACHMENT*

### As to Defendant Tavaras Lee Blackmon:

**Count 1:**   18 U.S.C. § 371 - Conspiracy to Commit Bank Robbery, **Class D Felony**

| | |
|---|---|
| Maximum Term of Imprisonment | Five Years |
| Maximum Fine | $250,000 |
| Maximum Term of Supervised Release | Three Years |
| Mandatory Special Assessment | $100 |

**Counts 2, 3, 5, 7, 8, and 9:**

18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery, **Class B Felony**

As to each count:

| | |
|---|---|
| Maximum Term of Imprisonment | Twenty-Five Years |
| Maximum Fine | $250,000 |
| Maximum Term of Supervised Release | Five Years |
| Mandatory Special Assessment | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Bank Robbery;
Count 2: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Penalty Sheet Attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----

▶ VANESSA ANNE SHORT

DISTRICT COURT NUMBER
CR 08 0251

DEFENDANT  WHA

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   }  ☒ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
  ☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## *PENALTY SHEET ATTACHMENT*

### As to Defendant Vanessa Anne Short:

| | | |
|---|---|---|
| **Count 1:** | 18 U.S.C. § 371 - Conspiracy to Commit Bank Robbery, **Class D Felony** | |
| | Maximum Term of Imprisonment | Five Years |
| | Maximum Fine | $250,000 |
| | Maximum Term of Supervised Release | Three Years |
| | Mandatory Special Assessment | $100 |
| **Count 2:** | 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery, **Class B Felony** | |
| | As to each count: | |
| | Maximum Term of Imprisonment | Twenty-Five Years |
| | Maximum Fine | $250,000 |
| | Maximum Term of Supervised Release | Five Years |
| | Mandatory Special Assessment | $100 |

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDERICK LIM JOHNSON,<br>TAVARAS LEE BLACKMON, and<br>VANESSA ANNE SHORT,<br><br>　　　　Defendants. | CR. 08  0251 WHA<br><br>VIOLATIONS: Title 18, United States Code, Section 371 – Conspiracy; Title 18, United States Code, Sections 2113(a) and (d) – Armed Bank Robbery; Title 18, United States Code, Section 2 – Aiding and Abetting<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 371 - Conspiracy to Commit Bank Robbery

1. Beginning on or before February 24, 2007, and continuing through on or about May 30, 2007, in the Northern District of California, the defendants,

FREDERICK LIM JOHNSON,
TAVARAS LEE BLACKMON, and
VANESSA ANNE SHORT,

did knowingly and willfully combine, conspire, and agree with each other, and with R.D., and with other persons known and unknown to the Grand Jury, to commit offenses against the United

INDICTMENT

1 States, that is, to commit armed bank robbery in violation of Title 18, United States Code,
2 Sections 2113(a) and (d).
3     Overt Acts:
4     2. In furtherance of the conspiracy and to achieve the objectives thereof, the following
5 overt acts, among others, were committed in the Northern District of California:
6     Robbery #1: February 24, 2007
7     a. Sometime before 9:30 a.m. on February 24, 2007, FREDERICK LIM JOHNSON
8 ("JOHNSON"), TAVARAS LEE BLACKMON ("BLACKMON"), VANESSA ANNE SHORT
9 ("SHORT"), and R.D. met and discussed a robbery of a Bank of America branch in Belmont,
10 California.
11     b. On or about February 24, 2007, JOHNSON, BLACKMON, and R.D., aided and
12 abetted by SHORT, robbed the Bank of America at 2031 Ralston Avenue, Belmont, California.
13     c. R.D. controlled the lobby of the bank using a firearm, while JOHNSON and
14 BLACKMON jumped over the teller counter. JOHNSON, who was also brandishing a firearm
15 and wearing Nike batting gloves, took money from the teller window.
16     d. After leaving the bank, JOHNSON, BLACKMON, and R.D. drove a few blocks away
17 in a white van and met with SHORT, who was waiting in a black Honda. JOHNSON,
18 BLACKMON, and R.D. exited the van and entered SHORT'S black Honda and she drove all
19 four from the scene, leaving the van.
20     e. JOHNSON, BLACKMON, SHORT, and R.D. proceeded to JOHNSON and
21 SHORT'S shared residence in Redwood City, California, and distributed the money they took
22 from the bank. SHORT received a percentage of JOHNSON'S, BLACKMON'S, and R.D.'s
23 share of the money.
24     Robbery #2: March 21, 2007
25     f. On or about March 21, 2007, JOHNSON, BLACKMON, and R.D. robbed the Bank of
26 America at 39300 Fremont Blvd., Fremont, California. Again, the three men entered the bank,
27 where R.D. controlled the lobby, while JOHNSON and BLACKMON, who were both wearing
28 masks, jumped over the teller counter and removed money from the teller stations.

INDICTMENT                                                    2

Robbery #3: March 29, 2007

g. On or about March 29, 2007, JOHNSON and R.D. robbed the Washington Mutual Bank at 10250 S. De Anza Blvd., Cupertino, California.

Robbery #4: April 14, 2007

h. On or about April 14, 2007, JOHNSON, BLACKMON, and R.D. robbed the Bank of America at 2900 S. El Camino Real, San Mateo, California.

Robbery #5: April 20, 2007

i. On or about April 20, 2007, JOHNSON and R.D. robbed the Bank of America at 2611 N. First Street, San Jose, California.

Robbery #6: April 30, 2007

j. On or about April 30, 2007, JOHNSON and BLACKMON robbed the Bank of America at 921 East Arques Avenue, Sunnyvale, California.

Robbery #7: May 11, 2007

k. On or about May 11, 2007, JOHNSON and BLACKMON robbed the Bank of America at 1310 S. Mary Avenue, Sunnyvale, California.

Robbery #8: May 14, 2007

l. On or about May 14, 2007, JOHNSON and BLACKMON robbed the Bank of America at 300 S. El Camino Real, San Mateo, California.

m. On May 25, 2007, JOHNSON, BLACKMON, and SHORT surveilled the Bank of America branch at 740 East Calaveras Boulevard in Milpitas, California, then drove to two other banks before driving to a casino.

n. On May 26, 2007, JOHNSON went to surveilled the Wells Fargo Bank at 1202 E. Arques Avenue, Sunnyvale, California, ("Sunnyvale Wells Fargo Bank") and the Bank of America at 921 E. Arques Avenue, Sunnyvale, California. JOHNSON did not enter either of the banks.

o. On May 29, 2007, JOHNSON drove to the Sunnyvale Wells Fargo Bank, then drove on and around the nearby side streets of the bank, and then in and out of adjacent parking lots to the bank. JOHNSON did not enter the bank.

INDICTMENT                                3

p. On May 30, 2007, JOHNSON drove SHORT'S black Honda to the Sunnyvale Wells Fargo Bank and was followed by a white Ford Explorer. JOHNSON parked the Honda in a nearby parking lot at 1228 Titan Way, then exited the Honda carrying a small dark colored duffle bag containing a silver pistol, a Halloween mask, a dark knit ski cap, a holster, and a pair of Nike batting gloves. JOHNSON entered the passenger side of the Explorer and was driven to the Wells Fargo Bank, where he was arrested.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO:  18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

1. On or about February 24, 2007, in the Northern District of California, the defendants,

   FREDERICK LIM JOHNSON, and
   TAVARAS LEE BLACKMON,
   VANESSA ANNE SHORT,

did knowingly and by force, violence, and intimidation, take from the persons and presence of employees of the Bank of America, 2031 Ralston Avenue, Belmont, California, approximately $48,066 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2. In committing this offense, the defendants assaulted and put in jeopardy the life of another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT THREE:  18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

1. On or about March 21, 2007, in the Northern District of California, the defendants,

   FREDERICK LIM JOHNSON, and
   TAVARAS LEE BLACKMON,

did knowingly and by force, violence, and intimidation, take from the persons and presence of employees of the Bank of America, 39300 Fremont Boulevard, Fremont, California, approximately $40,973 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

INDICTMENT                                                    4

2. In committing this offense, the defendants assaulted and put in jeopardy the life of another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT FOUR:  18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

1. On or about March 29, 2007, in the Northern District of California, the defendant,

**FREDERICK LIM JOHNSON,**

did knowingly and by force, violence, and intimidation, take from the persons and presence of employees of the Washington Mutual Bank, 10250 S. De Anza Boulevard, Cupertino, California, approximately $13,761 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2. In committing this offense, the defendant assaulted and put in jeopardy the life of another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT FIVE:  18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

1. On or about April 14, 2007, in the Northern District of California, the defendants,

**FREDERICK LIM JOHNSON, and**
**TAVARAS LEE BLACKMON,**

did knowingly and by force, violence, and intimidation, take from the persons and presence of employees of the Bank of America, 2900 S. El Camino Real, San Mateo, California, approximately $54,992 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2. In committing this offense, the defendants assaulted and put in jeopardy the life of another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

INDICTMENT                                   5

1  COUNT SIX: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

2  1. On or about April 20, 2007, in the Northern District of California, the defendant,

3  FREDERICK LIM JOHNSON,

4  did knowingly and by force, violence, and intimidation, take from the persons and presence of
5  employees of the Bank of America, 2611 N. First Street, San Jose, California, approximately
6  $38,169 in United States currency belonging to and in the care, custody, control, management,
7  and possession of said Bank, the deposits of which were then insured by the Federal Deposit
8  Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

9  2. In committing this offense, the defendant assaulted and put in jeopardy the life of
10 another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United
11 States Code, Sections 2113(a) and (d).

12 COUNT SEVEN: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

13 1. On or about April 30, 2007, in the Northern District of California, the defendants,

14 FREDERICK LIM JOHNSON, and
   TAVARAS LEE BLACKMON,

15
16 did knowingly and by force, violence, and intimidation, take from the persons and presence of
17 employees of the Bank of America, 921 East Arques Avenue, Sunnyvale, California,
18 approximately $55,542 in United States currency belonging to and in the care, custody, control,
19 management, and possession of said Bank, the deposits of which were then insured by the
20 Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
21 2113(a).

22 2. In committing this offense, the defendants assaulted and put in jeopardy the life of
23 another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United
24 States Code, Sections 2113(a) and (d).

25 COUNT EIGHT: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

26 1. On or about May 11, 2007, in the Northern District of California, the defendants,

27 FREDERICK LIM JOHNSON, and
   TAVARAS LEE BLACKMON,

28 did knowingly and by force, violence, and intimidation, take from the persons and presence of

INDICTMENT                            6

1 | employees of the Bank of America, 1310 S. Mary Avenue, Sunnyvale, California, approximately $19,698 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2. In committing this offense, the defendants assaulted and put in jeopardy the life of another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

<u>COUNT NINE</u>: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery

1. On or about May 14, 2007, in the Northern District of California, the defendants,

FREDERICK LIM JOHNSON, and
TAVARAS LEE BLACKMON,

did knowingly and by force, violence, and intimidation, take from the persons and presence of employees of the Bank of America, 300 S. El Camino Real, San Mateo, California, approximately $43,918 in United States currency belonging to and in the care, custody, control, management, and possession of said Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2. In committing this offense, the defendants assaulted and put in jeopardy the life of another person by use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

DATED: 4-17-08

A TRUE BILL.

/s/ FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____)
AUSA OWENS

INDICTMENT                           7