<a>

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       derek.owens@usdoj.gov
8
   Attorneys for Applicant
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13                                    )  CR 08 0251
                                      )  No.
14 IN THE MATTER OF AN                )
   INDICTMENT                         )  UNITED STATES' MOTION AND
15                                    )  [PROPOSED] ORDER TO SEAL
                                      )  INDICTMENT
16 _____)

17     The United States hereby moves the Court for an order sealing this motion, the

18 Indictment, Penalty Sheet and attached documents, and the Sealing Order until further

19 order of the Court. The government believes that disclosure of the existence of the

20 indictment and/or the information contained therein may jeopardize the progress of the

21 ongoing investigation and may jeopardize the safety of potential witnesses.

22

23 DATED: April 17, 2008                     Respectfully Submitted,

24                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
25

26

27
                                             DEREK R. OWENS
28                                           Assistant United States Attorney



# ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Indictment, Penalty Sheet and attached documents, and this Sealing Order shall be sealed until further order of the Court.

DATED: 4/17/08

HON. NANDOR J. VADAS
United States Magistrate Judge

2