UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0251 MMC |
| Plaintiff, ) | |
| ) | **[Proposed]** |
| v. ) | **ORDER PERMITTING TRAVEL** |
| ) | |
| VANESSA SHORT, ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the *ex parte* application submitted by Defendant Vanessa Short, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Short shall be permitted to travel to and from the following locations on the following dates:

- Las Vegas, NV from May 21-23, 2008
- Los Angeles, CA from May 28-30, 2008

IT IS FURTHER ORDERED that Defendant Short is permitted to remain outside the Northern District of California during this time, that she shall provide to Pretrial Services her itinerary and contact information, and that she shall comply with any conditions imposed by Pretrial Services in connection with this travel.

IT IS SO ORDERED.

Dated: _____        _____
James Larson
United States Magistrate Judge