1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9                      SAN FRANCISCO DIVISION
10   UNITED STATES OF AMERICA,          )   No. CR 08-0251 MMC
                                        )
11          Plaintiff,                  )
                                        )   [Proposed]
12          v.                          )   **ORDER PERMITTING TRAVEL**
                                        )
13   VANESSA SHORT,                     )
                                        )
14          Defendant.                  )
15   _____)

16          Pursuant to the *ex parte* application submitted by Defendant Vanessa Short, with the consent of
17   the supervising Pretrial Services Officer and the Assistant U.S. Attorney, and good cause appearing,
18          IT IS HEREBY ORDERED that Defendant Short shall be permitted to travel to and from the
19   following locations on the following dates:
20          • Las Vegas, NV from May 21-23, 2008
21          • Los Angeles, CA from May 28-30, 2008
22          IT IS FURTHER ORDERED that Defendant Short is permitted to remain outside the Northern
23   District of California during this time, that she shall provide to Pretrial Services her itinerary and contact
     information, and that she shall comply with any conditions imposed by Pretrial Services in connection
24   with this travel.
25          IT IS SO ORDERED.
26
27   Dated: May 6, 2008                    _____
     _____       James Larson
28                                          United States Magistrate Judge
29
30