UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: **MAY 28 2008**

Case No. **CR-08-0251 MMC**
**FREDERICK LIM JOHNSON (CUST)**
**TAVARES LEE BLACKMON (CUST)**
**VANESSA SHORT**
DEFENDANT

JUDGE: Maxine M. Chesney

Present (✓) Not Present ( ) In Custody (✓)

**Phil Vaughns (Johnson)**
**Martin Sabelli (Blackmon)**
**Mark Vermuelen (Short)**
ATTORNEY FOR DEFENDANT

**DEREK OWENS**
U.S. ATTORNEY

**TRACY LUCERO**
Deputy Clerk:

Reporter: **Kelly Bryce**

## PROCEEDINGS

REASON FOR HEARING  **Initial Status Conference**

RESULT OF HEARING  **∆s have received discovery materials (& expect more discovery)**

**∆ Johnson made oral motion to represent himself**

Case continued to **7/9/08 @ 2:30** for Further Status. / **motion scheduling conference**
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to **6/11/08 @ 2:30** for **∆ Johnson's motion to represent himself.**

EXCLUDABLE DELAY (Category) **Preparation of Counsel** Begins **MAY 28** Ends **7/9/08**

(13 min)