JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0251 WHA |
| ) | |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|   v. ) | ORDER EXCLUDING TIME FROM |
| ) | APRIL 25, 2008 THROUGH MAY 1, 2008 |
| VANESSA ANNE SHORT, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

   On April 25, 2008, the parties in this case appeared before the Court for an identification of counsel and bail hearing.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from April 25, 2008 through May 1, 2008, for effective preparation and continuity of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. AND ORDER
CR 08-0251 WHA

interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

|  |  |
|---|---|
| | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| DATED: 5/1/2008 | /s/ Derek Owens |
| | DEREK R. OWENS |
| | Assistant United States Attorney |
| DATED: 5/1/2008 | /s/ Mark Vermeulen |
| | MARK R. VERMEULEN |
| | Attorney for Ms. Short |

As the Court found on April 25, 2008, and for the reasons stated above, the Court finds that an exclusion of time between April 25, 2008 through May 1, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 4, 2008

THE HONORABLE JAMES LARSON
United States Magistrate Judge

STIP. AND ORDER
CR 08-0251 WHA                              2