~~PROPOSED~~ ORDER/COVER SHEET

TO:    Honorable James Larson            RE:    Vanessa Short
       Chief U.S. Magistrate Judge

FROM:  Richard W. Wieking, Acting Chief   DOCKET NO.:    CR 08-00251 MMC
       U.S. Pretrial Services Officer

DATE:  June 25, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Officer Paul Mamaril__                   __510-637-3757__
U.S. PRETRIAL SERVICES OFFICER             TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

☑ A. The defendant shall participate in mental health/drug counseling and submit to drug/alcohol testing, if deemed appropriate and as directed by Pretrial Services.

B.

☐ Bail Revoked/Bench Warrant Issued.

☑ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

_Thank you._

_____               6-26-08
JUDICIAL OFFICER                         DATE

Cover Sheet (06/02/08)
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE