UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUL X 9 2008

Case No. _CR-08-0251 MMC_   JUDGE: Maxine M. Chesney

FREDERICK Lim JOHNSON (pro se)
TAVARAS LEE BLACKMON, VANESSA Short   Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

                                          Martin Sabelli (Blackmon)
ROBERT REES for DEREK OWENS              Mark Vermuelen (Short)
U.S. ATTORNEY                             ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO        Reporter: James Yeomans

PROCEEDINGS

REASON FOR HEARING  Further Status / Motion Scheduling Conference

RESULT OF HEARING  AUSA Rees gave discovery materials to ∆'s counsel & ∆ Johnson in open Court.

Case continued to 9/10/08 @ 2:30 for Further Status.    Request for Dublin
Case continued to 9/10/08 @ 2:30 for Motions. ∆ Johnson's Housing & for a computer
(Motion due ___, Opposition due 7/31, Reply Due 8/14)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Complex  Begins JUL X 9 2008  Ends 9/10/08

(25 min)