UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0251 MMC |
| Plaintiff, | ) |
| v. | ) **[Proposed]** |
| | ) **ORDER STRIKING RELEASE CONDITION** |
| VANESSA SHORT, et al., | ) **RE: DRUG/ALCOHOL TESTING** |
| Defendants. | ) |

Upon *ex parte* application submitted by Defendant Vanessa Short, through counsel, and further noting that the application and request are made with the approval of the Pretrial Services Officer supervising Ms. Short, and with the approval of the Assistant U.S. Attorney handling this matter, and good cause appearing,

IT IS HEREBY ORDERED that the condition of release otherwise requiring Defendant Vanessa Short to submit to drug/alcohol testing is hereby stricken. In all other respects, Defendant Short's conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated: _____          _____
                                        James Larson
                                        United States Magistrate Judge