```
JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
400 Montgomery Street
Suite 200
San Francisco, CA   94104
(415) 391-4814
(415) 391-4308 (FAX)


Attorney for Defendant
VANESSA ANNE SHORT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-08-0251 MMC |
| | ) | **ORDER GRANTING** |
| Plaintiff, | ) | |
| | ) | **STIPULATED MOTION ~~AND~~** |
| | ) | **~~PROPOSED ORDER~~ TO** |
| v. | ) | **ALLOW DEFENDANT TO TRAVEL** |
| | ) | **TO THE SOUTHERN DISTRICT** |
| VANESSA ANNE SHORT, | ) | **OF FLORIDA** |
| | ) | |
| | ) | No Hearing Requested |
| Defendant. | ) | |
| _____ | ) | |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant VANESSA ANNE SHORT are amended to allow the defendant to travel between the Northern District of California and the Southern District of Florida from May 21, 2009 until May 27, 2009, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services.

**IT IS SO ORDERED**

Date: May 20, 2009

HON. MAXINE M. CHESNEY
United States District Judge