JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
400 Montgomery Street
Suite 200
San Francisco, CA   94104
(415) 391-4814
(415) 391-4308 (FAX)

Attorney for Defendant
VANESSA ANNE SHORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    No.  CR-08-0251 MMC
                                 )
             Plaintiff,          )    **ORDER ALLOWING**
                                 )
                                 )    ~~STIPULATED MOTION AND~~
                                 )    ~~PROPOSED ORDER TO~~
v.                               )    ~~ALLOW~~ **DEFENDANT TO TRAVEL**
                                 )    **TO THE CENTRAL DISTRICT**
VANESSA ANNE SHORT,              )    **OF CALIFORNIA**
                                 )
                                 )    No Hearing Requested
             Defendant.          )
_____  )

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant VANESSA ANNE SHORT are amended to allow the defendant to travel between the Northern District of California and the Central District of California from July 2, 2009, until July 5, 2009, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services.

**IT IS SO ORDERED**

Date: June 26, 2009

_____
HON. MAXINE M. CHESNEY
United States District Judge