JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> VANESSA SHORT, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 08-0251 MMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM OCTOBER 28, 2009 29 TO JANUARY 27, 2010 |

On June 3, 2009, the defendant, Vanessa Short, pleaded guilty to bank robbery. The Court scheduled a sentencing hearing for October 28, 2009 at 2:30 p.m. The parties hereby jointly and respectfully request that the sentencing hearing scheduled for October 28, 2009 be continued to

//

//

//

//

//

//

STIP. AND ORDER
CR 08-0251 MMC

January 27, 2010 at 2:30 p.m.

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: 10/26/2009                     /s/ Derek Owens

                                        DEREK OWENS
                                        Assistant United States Attorney

DATED: 10/26/2009                     /s/ John Jordan

                                        JOHN JORDAN
                                        Attorney for Ms. Short

The sentencing hearing previously scheduled for October 29, 2009 is hereby vacated and continued to January 27, 2010 at 2:30 p.m. before the Honorable Maxine M. Chesney.

SO ORDERED.

DATED: October 29, 2009

                                        THE HON. MAXINE M. CHESNEY
                                        United States District Court Judge