JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VANESSA SHORT, ) <br> ) <br>     Defendant. ) <br>_____) | No. CR 08-0251 MMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM JANUARY 27, 2010 TO MARCH 3, 2010 |

On June 3, 2009, the defendant, Vanessa Short, pleaded guilty to bank robbery. The Court scheduled a sentencing hearing for January 27, 2010 at 2:30 p.m. The parties hereby jointly and respectfully request that the sentencing hearing scheduled for January 27, 2010 be continued to

//
//
//
//
//
//

STIP. AND ORDER
CR 08-0251 MMC

March 3, 2010 at 2:30 p.m.

SO STIPULATED:

                JOSEPH P. RUSSONIELLO
                United States Attorney

DATED: __1/20/2010__    /s/ Derek Owens
                _____
                DEREK OWENS
                Assistant United States Attorney

DATED: __1/20/2010__    /s/ John Jordan
                _____
                JOHN JORDAN
                Attorney for Ms. Short

  The sentencing hearing previously scheduled for January 27, 2010 is hereby vacated and continued to March 3, 2010 at 2:30 p.m. before the Honorable Maxine M. Chesney.

SO ORDERED.

DATED: January 22, 2010        _____
                THE HON. MAXINE M. CHESNEY
                United States District Court Judge